**Robert CHAMBERS, Plaintiff—Appellant,**

v.

**LOS ANGELES COUNTY; et al., Defendants—Appellees.**

No. 10–55754.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 10, 2012.

Robert Chambers, Los Angeles, CA, pro se.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Robert Chambers appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs while a pretrial detainee at Los Angeles County Jail. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. §§ 1915A or 1915(e)(2). *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed the action because the third amended complaint did not comply with Rule 8 of the Federal Rules of Civil Procedure. *See* Fed.R.Civ.P. 8(a)(2) (requiring pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *McHenry v. Renne,* 84 F.3d 1172, 1178–79 (9th Cir.1996) (Rule 8 requires each averment of a pleading to be simple, concise, and direct, stating which defendant is liable to the plaintiff for which wrong, and is a basis for dismissal independent of failure to state a claim).

Chambers' remaining contentions are unpersuasive.

Chambers' request for judicial notice is denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.